**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **3:95-CR-00189-N-1** |
| | ) | |
| **JUAN FRANCISCO TREVINO,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW**, KIRK F. LECHTENBERGER, and makes this his appearance on behalf of defendant, JUAN FRANCISCO TREVINO.

Attorney Kirk F. Lechtenberger was retained by the Defendant and will act as attorney of record in preparation and trial of the above-styled case.

Respectfully Submitted,

By: /s/ Kirk F. Lechtenberger
KIRK F. LECHTENBERGER
Texas Bar No. 12072100

2525 McKinnon, Suite 420
Dallas, Texas 75201
Fax    214 / 871-3033
Office 214 / 871-1804
kflech@sbcglobal.net

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I, Kirk F. Lechtenberger, certify that on the date shown below, a true and correct copy of the foregoing Notice of Appearance was filed with the Court via ECF delivery.

Date:  Wednesday, January 30, 2013

By: /s/ Kirk F. Lechtenberger
    KIRK F. LECHTENBERGER

Attorney for Defendant